Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _Arizona_

_____ Division

Bakari Davis-Thomas

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

American Express

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

Case No. CV-23-02139-PHX-MTL

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☐ Yes ☒ No

THIS DOCUMENT IS **NOT IN PROPER FORM** ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **LL CIV 5.4**
_(Rule Number/Section)_

FILED ___ LODGED
✓ RECEIVED ___ COPY

OCT 16 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                        Bakari DAVIS-Thomas
Street Address              1909 E RAY RD STE 9-203
City and County             Chandler, MARICOPA County
State and Zip Code          ARIZONA 85225
Telephone Number            (206)-369-5471
E-mail Address              bakaridavis4@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                         American Express

    Job or Title *(if known)*

    Street Address            PO BOX 297871

    City and County        Fort LAUDERDALE,

    State and Zip Code    FLORIDA 33329

    Telephone Number   (800) - 874 - 2717

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    yes because this problem American Express created has impacted my life in every way from my family, business, my health, living situation; my whole life has negatively been impacted.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

– See attachment

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

– see attachment
    – Also want to solol. I want Amex account off my credit report

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Statement of Claim:

The gaping wound in my life caused by the credit score plummet from 750 to 550 is exacerbated by the erroneous credit statement, differing by thousands of dollars. For months, I've attempted to reach an accord with American Express, presenting my painstakingly detailed statement that clearly showcases their grievous error. Yet, they have chosen to avert their eyes, ignoring my pleas for rectification. The darkness that now envelops me is suffocating, leaving me with a persistent ache that penetrates every facet of my existence.

The consequences have been nothing short of catastrophic. My family, who once enjoyed the security of a comfortable home, now resides in a neighborhood plagued by fear and danger. The feeling of powerlessness I experience daily is a constant source of anguish.

My once-thriving business, which brought me purpose and sustenance, has crumbled beneath the weight of financial ruin. The revenue streams that once flowed steadily have dried up, leaving a barren wasteland of shattered dreams and unpaid bills.

The denial of loans, from the smallest lifelines to the most significant opportunities, has crushed my hopes and aspirations. My vision for the future, once filled with promise, has become a desolate landscape of missed opportunities and unfulfilled potential.

The mental anguish I bear is unbearable. The incessant anxiety, the heavy burden of stress, and the profound sense of hopelessness have driven me to the precipice of despair. Seeking solace in a naturopathic doctor's care is but a feeble attempt to mend a broken soul.

The trust I once had in financial institutions and credit card companies lies in tatters. Their broken promises and false sense of security have pushed me to a place of betrayal and bitterness, leading me to forsake my American Express business card in an act of defiance.

This descent into financial darkness, from 750 to 550, has pushed me to the brink of emotional annihilation. It's a haunting journey through the abyss, where every step is a reminder of what has been lost, and the shadows show no sign of receding.

Relief:

1. Compensatory Damages:
  - My credit balance currently reflects an outstanding debt of over $18,000, despite my documented payments totaling over $11,000. This discrepancy has caused significant harm, as my credit score plummeted from 750 to 550 due to these inaccuracies.

  - The repercussions of this credit error have been felt throughout my life, especially in my business. My monthly business revenue has dwindled from $3,000 to a mere $500 over the past 8 months, resulting in a substantial loss of $24,000 due to American Express errors. I am requesting $10,000 for this ongoing financial harm, bringing the total for compensatory damages to $28,000.

2. Loan Denials:
  - These credit inaccuracies have also led to the denial of multiple business and personal loan applications, ranging from small amounts to substantial sums. This has hindered my ability to pursue my business goals and personal aspirations, which now seem distant and unattainable.

  - I am requesting $10,000 for these loan denials, bringing the total relief sought for compensatory damages and loan denials to $38,000.

3. Auto Loan:
  - To mitigate the financial distress caused by these errors, I was forced to take out a high-interest auto loan and use my vehicle's title as collateral to secure $2,800. The exorbitant interest rate of 117% over a year is a heavy burden on my finances.

  - I am requesting $5,000 to cover the cost of this loan, which I was compelled to acquire solely due to American Express's errors.

4. Disrupted Living Situation:
  -The decline in my credit score has disrupted my family's living situation. We were compelled to relocate to a less desirable neighborhood, impacting our safety and quality of life. The situation has caused fear and insecurity in our home. My partner had to quit her job because of the amount of debt we had. Her job wasn't making enough to cover the debt, so I had to work more to pay the bills while she stayed home watching our son. This led to her credit deteriorating and increased debt.

  - I am seeking $25,000 in compensation for the inconvenience and distress caused by this situation. Furthermore, my mother, who is battling breast cancer, has been

struggling financially as well. Since this situation unfolded, I haven't been able to help her financially or provide the emotional and spiritual support that she desperately needs during this challenging time. This situation has caused emotional distress to both my family and my mother.

5. Mental Health Struggles:
  - The negative impact on my credit score has taken a severe toll on my mental health. Constant anxiety, stress, and feelings of helplessness have become overwhelming. I sought the care of a naturopathic doctor to manage my anxiety and depression.

  - I am requesting $20,000 to help address the mental health challenges that have arisen as a direct result of these credit errors.

The total amount of relief I am seeking is $88,000 to address the damages, financial hardships, and emotional distress I have endured due to the inaccuracies and errors on my credit report.