Credit     Money     Protection     Credit Cards     Loans     Auto     Upgrade      99+  

← **Your credit reports**

❁ Experian        **EQ** Equifax        Ⓣ TransUnion

**Experian credit report**

BAKARI N DAVIS
As of Oct 11, 2023 ⌄

FICO® SCORE 8 ⓘ                    Experian data Oct 11, 2023

# 552

**POOR**

300                                              850

## Personal information



### See all 3 FICO® Scores

Your credit information at the three credit bureaus can be different. Add your Equifax® and TransUnion® FICO® Scores today.

Review my 3
FICO® Scores



CREDIT CARDS
**Get more with the right card**

You could build credit, earn rewards or reach your financial goals with a card from one of our partners.

See your top card

**NAME**
BAKARI N DAVIS

**ALSO KNOWN AS**
THOMAS BAKARI DAVIS
BAKARI N THOMAS

**GENERATIONAL IDENTIFIER**
-

**YEAR OF BIRTH**
1994

**ADDRESSES**
7205 E SUPERSTITION SPRIN 1171
MESA, AZ 85209-4043

444 N GILA SPRINGS BL APT 2070
CHANDLER, AZ 85226-2711

3923 S TYLER ST APT 1
TACOMA, WA 98409-2173

**EMPLOYERS**
INTEGRITY PAINTING
THOMAS PAINT

**PERSONAL STATEMENTS**
NO STATEMENT(S) PRESENT AT THIS
TIME



**CREDIT 101**
## Curious about credit?

Gain a deeper understanding of how credit works and pick up tips for improving your credit scores.

**Learn more**

# Quick actions

🔓
**Your credit file is unlocked**
Manage Experian CreditLock

🖨
**Print your report**
Open a printable version

📝
**File a dispute**
Visit the dispute center

**Build credit without debt!** Meet the Experian Smart Money™ Digital Checking Account.

Banking services provided by Community Federal Savings Bank, Member FDIC. Experian is not a bank.

# You have 10 open accounts
Total balance: $52,037

### Credit cards or credit lines

Total balance: $25,111

‹ Back



## AMEX

**2 LATE PAYMENTS**

## Credit usage

**-%** credit usage unavailable

| | |
|---|---|
| Balance | **$18,476** |
| Balance updated | **Aug 29, 2023** |
| Credit limit | -- |

## Account info

| | |
|---|---|
| Account number | **3499930105443533** |
| Open/closed | **Closed** |
| Date opened | **Jul 17, 2022** |
| Account type | **Credit card** |

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | CLS | - | - | - | - |
| 2022 | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| PAYMENT HISTORY LEGEND | + |
|---|---|

| Status | **Closed.** |
|---|---|
| Status updated | **Jul 2023** |
| Highest balance | **$18,476** |
| Monthly payment | **$0** |

## Additional info

| Responsibility | **Individual** |
|---|---|
| Terms | **1 Month** |
| Company sold | - |
| Original creditor | - |

## Comments

Account closed at credit grantor's request

## Your statement

-

## Contact info

| Address | **PO BOX 297871**<br>**FORT LAUDERDALE, FL 33329** |
|---|---|

3:01       

<     🔒 Sign off

# Transaction details

# $130.00

Transaction: 04/05/2023

Posted: 04/05/2023

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 230405 M7286
BAKARI DAVIS

3:01

   🔒 Sign off

# Transaction details

# $100.00

Transaction: 04/05/2023

Posted: 04/05/2023

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 230405 M5546
BAKARI DAVIS

  🔒 Sign off

# Transaction details

# $200.00

Transaction: 08/15/2022
Posted: 08/15/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 220815 M6400
BAKARI DAVIS

**12:50**  

   🔒 Sign off

## Transaction details

# $300.00

Transaction: 10/11/2022

Posted: 10/11/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221011 M4192
BAKARI DAVIS

**12:50**  

< 🔔 🔒 **Sign off**

# Transaction details

# $500.00

Transaction: 10/05/2022
Posted: 10/05/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221005 M3436
BAKARI DAVIS

**12:50**  ‖‖5Gᴇ◢

‹                          🔔  🔒 Sign off

# Transaction details

# $3,127.61

Transaction: 09/27/2022
Posted: 09/27/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 220927 M6860
BAKARI DAVIS

**12:50**   5G E 

〈 🔔 🔒 Sign off

# Transaction details

# $200.00
Transaction: 09/16/2022
Posted: 09/16/2022

## Additional info

**Category**
Non-Wells Fargo Credit Card Payments

**Transaction description**
AMERICAN EXPRESS ACH PMT 220916 M0402
BAKARI DAVIS

**12:50**                                        5G

<       🔔   🔒 Sign off

## Transaction details

# $354.29

Transaction: 08/22/2022
Posted: 08/22/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 220822 M4782
BAKARI DAVIS

12:50    ıll 5GE 

< 　　　　　　　　　　　　　　🔔    🔒 Sign off

# Transaction details

# $400.00

Transaction: 08/22/2022
Posted: 08/22/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 220822 M2172
BAKARI DAVIS

12:50     5G E 

< 🔔  🔒 Sign off

# Transaction details

# $400.00

Transaction: 08/19/2022
Posted: 08/19/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 220819 M6616
BAKARI DAVIS

**12:50**     

‹                                    🔔    🔒 Sign off

# Transaction details

# $300.00

Transaction: 08/19/2022
Posted: 08/19/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 220819 M9488
BAKARI DAVIS

**12:49**   5G<sub>E</sub> 

‹ 🔔 🔒 Sign off

## Transaction details

# $200.00

Transaction: 10/18/2022
Posted: 10/18/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221018 M4604
BAKARI DAVIS

**12:49**    ‌‌‍‌‍‌ 5G E 

<        🔔   🔒 Sign off

# Transaction details

# $300.00

Transaction: 10/17/2022

Posted: 10/17/2022

## Additional info

### Category

Non-Wells Fargo Credit Card Payments

### Transaction description

AMERICAN EXPRESS ACH PMT 221017 M0280
BAKARI DAVIS

12:49     5G E

   🔔   🔒 Sign off

# Transaction details

# $350.00

Transaction: 10/14/2022
Posted: 10/14/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221014 M4004
BAKARI DAVIS

12:49     ıl 5GE

<       🔔 🔒 Sign off

# Transaction details

## $400.00

Transaction: 10/20/2022
Posted: 10/20/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221020 M7060
BAKARI DAVIS

 

<       🔔   🔒 **Sign off**

# Transaction details

# $500.00

Transaction: 10/27/2022
Posted: 10/27/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221027 M8876
BAKARI DAVIS

**12:49**      5G E

< 🔔    🔒 Sign off

# Transaction details

# $750.00

Transaction: 11/07/2022
Posted: 11/07/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221107 M6254
BAKARI DAVIS

12:49    ‖‖5Gᴇ ⏻⚡

<  🔒 Sign off

# Transaction details

# $1,000.00

Transaction: 11/03/2022
Posted: 11/03/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221103 M2592
BAKARI DAVIS

**12:49**    ı11ı 5Gᴇ 

<          🔔   🔒 **Sign off**

# Transaction details

# $116.85

Transaction: 11/14/2022
Posted: 11/14/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221114 M7430
BAKARI DAVIS

12:49    ⬤ 5G E 🔋

‹                                    🔔   🔒 Sign off

# Transaction details

# $600.00

Transaction: 11/25/2022
Posted: 11/25/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221125 M9288
BAKARI DAVIS

12:49    .ııll 5G E 

<          🔔 🔒 Sign off

# Transaction details

# $900.00

Transaction: 11/17/2022
Posted: 11/17/2022

## Additional info

**Category**

Non-Wells Fargo Credit Card Payments

**Transaction description**

AMERICAN EXPRESS ACH PMT 221117 M8712
BAKARI DAVIS

6:12

🔒 bbb.org

**Complaint Type:**
Billing/Collection Issues
**Status:**
Resolved ❓

 **Initial Complaint**
01/20/2022

I provided American Express with travel documents and receipts proving I was not in ************** the last two nights of a 3-night stay charged by Radison. I also sent documents that I was being charged twice for the first night. AmEx, despite this written proof, AmEx denied my claim twice. ******** customer service was of no help.

 **Business response**
01/26/2022

Customer complaint was responded to via phone on 01/26/2022.

 **Customer response**
01/28/2022

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint **ID **********, and find that this resolution is satisfactory to me and the matter has been resolved.

Sincerely,

**********************************

6:15

🔒 bbb.org

phone on 10/19/21.

 **Customer response**
10/25/2021

When your representative contacted me from
American Express she was very rude and
obnoxious and basically Justified the wrong
doing when I told her what the problem was I'm
not going to go out my way to file a complaint
with the Better Business Bureau for something
and I know did not happen so therefore American
Express is a lion company that I now know I'll tell
friends and family what type of practice is they
get they do not want to order stuff if someone
told you that must be a glitch in the system they
need to order if she tried to kept telling me Oh
you didn't pay your bill to the 5th that's because
when I spoke to the representative before V
when they sent me an email saying the bill wasn't
paid they basically Justified it when I know that I
did pay even though we did not go through I
have no reason to lie and I spoke to them about
this before but they failed to do anything about it

 **Business response**
10/28/2021

We recognize the consumer's
dissatisfaction with this experience;
however, we advised the consumer there
were no issues and they have multiple
methods to make payments. As the
consumer has not provided any new
information to which we can respond, no
response will be sent to the consumer at
this time.

1    2    **3**    4        13



6:16

🔒 bbb.org

Customer complaint was responded to via
phone on 09/02/2021

**Complaint Type:**
Billing/Collection Issues
**Status:**
Answered ❓

 **Initial Complaint**
08/25/2021

AMERICAN EXPRESS is reporting inaccurate data
to my EXPERIAN, TRANSUNION AND EQUIFAX
credit reports with different years and dates listed
in the date of last activity The dates should be the
same for all 3 credit bureaus. This is the date that
stipulates when my account will naturally fall off!
The accounts listed below need to be removed
immediately they are inaccurate and in violation
of the FCRA AMERICAN EXPRESS- ***********
AMERICAN EXPRESS- ***************

 **Business response**
09/01/2021

Customer complaint was responded to via
phone on 08/31/21.

**Complaint Type:**
Billing/Collection Issues
**Status:**
Answered ❓

 **Initial Complaint**
08/20/2021

6:18          .ıl 🛜 ▭

🔒 bbb.org

 **Customer response**
07/23/2021

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint **ID# ********, and have determined that my complaint has NOT been resolved because: They are mincing words and admitting that they made an error yet, they refuse to right their mistake. They repeatedly told me from Jan thru March that I qualified, then suddenly when they are supposed to credit me the $300 for their end of what they promised then only at that point did they start saying that I all of a sudden did not qualify. Again they admit they are wrong because they did review phone calls proving their customer service did say several times that I qualified, but refuse to do anything about it. This is very unprofessional and when I call them they are extremely unprofessional. I am very disappointed in their response since they always  initially thank me for my long term great payment history with them yet, they refuse to do anything to make this right. They need to do something to make this right not just admit that they are in the wrong!**

[Your Answer Here]

**In order for the BBB to appropriately process your response, you MUST answer the question above.**

Sincerely,

6:28

🔒 bbb.org

**Complaint Type:**
Billing/Collection Issues
**Status:**
Resolved ❓

 **Initial Complaint**
12/16/2020

This is the second time where my card was used for fraudulent transactions in where they refused to return my funds to my card. On Nov. 29 Sunday morning I woke and checked my account and saw pending transactions that were not approved or done by me. I immediately called my card and they told me to wait for it to deduct as an approved charge so that we can dispute it. On Tuesday the pending charges were approved and it was from the merchant Roblox. Attached to the approved transaction was a telephone number from Roblox in which I tried to call to dispute the funds taken off my card but the customer service machine stated there is no one available to assist me and to check the website. I dont have an account nor does anyone have my card information. This is second time during this pandemic where I was told I cannot get my money back to me. The total amount totaled up to 109.95.

 **Business response**
12/29/2020

** concern was addressed via email on 12/29/2020.

 **Customer response**
12/30/2020

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ********, and