# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the District of Arizona. Instructions

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Add New Plaintiff | Add New Defendant |
| Bakari Davis-Thomas   Edit  Delete | American Express   Edit  Delete |
| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant |
| Maricopa | Outside the State of Arizona |

| County Where Claim for Relief Arose |
|---|
| Maricopa |

| (c) Plaintiff's Attorney | Defendant's Attorney (If known) |
|---|---|
| Add New PLA Attorney | Add New DFT Attorney |

☐ Check here if you are filing a motion to proceed in forma pauperis

**II. Basis of Jurisdiction**
(Select from drop menu below)
3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity cases only)
*PLAINTIFF*
1 Citizen of This State
*DEFENDANT*
2 Citizen of Another State

**IV. Origin**
(Select from drop menu below)
1. Original Proceeding

**V. Nature of Suit** (Select one box)

| Contract | Torts | Civil Rights | Other Statutes |
|---|---|---|---|
| ○ 110 Insurance | **Personal Injury:** | ○ 440 Other Civil Rights | ○ 375 False Claims Act |
| ○ 120 Marine | ○ 310 Airplane | ○ 441 Voting | ○ 400 State Reapportionment |
| ○ 130 Miller Act | ○ 315 Airplane Product Liability | ○ 442 Employment | ○ 410 Antitrust |
| ○ 140 Negotiable Instrument | ○ 320 Assault, Libel & Slander | ○ 443 Housing/Accommodations | ○ 430 Banks & Banking |

| | | | |
|---|---|---|---|
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 330 Federal Employers' Liability | ○ 445 Amer. w/Disabilities - Employment | ○ 450 Commerce/ICC Rates/ etc |
| ○ 151 Medicare Act | ○ 340 Marine | ○ 446 Amer. w/Disabilities - Other | ○ 460 Deportation |
| ○ 152 Student Loan -non VA | ○ 345 Marine Product Liability | ○ 448 Education | ○ 470 RICO |
| ○ 153 Recovery of VA Benefits | ○ 350 Motor Vehicle | | ● 480 Consumer Credit |
| ○ 160 Stockholder Suits | ○ 355 Motor Vehicle Product Liability | **Prisoner Petitions** | ○ 485 Telephone Consumer Protection Act |
| ○ 190 Other Contract | ○ 360 Other Personal Injury | **Habeas Corpus:** | ○ 490 Cable/Sat TV |
| ○ 195 Contract Product Liability | ○ 362 Med. Malpractice | ○ 463 Alien Detainee | ○ 850 Securities/Commodities/Exchange |
| ○ 196 Franchise | ○ 365 Personal Injury - Product Liability | ○ 510 Motions to Vacate Sentence | ○ 880 Defend Trade Secrets Act |
| **Real Property** | ○ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ○ 530 General | ○ 890 Other Statutory Actions |
| ○ 210 Land Condemnation | | ○ 535 Death Penalty | ○ 891 Agricultural Acts |
| ○ 220 Foreclosure | ○ 368 Asbestos Personal Injury Product Liability | **Other:** | ○ 893 Environmental Matters |
| ○ 230 Rent Lease & Ejectment | **Personal Property:** | ○ 540 Mandamus & Other | ○ 895 Freedom of Information Act |
| ○ 240 Torts to Land | ○ 370 Other Fraud | ○ 550 Civil Rights | ○ 896 Arbitration |
| ○ 245 Tort Product Liability | ○ 371 Truth in Lending | ○ 555 Prison Condition | ○ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ○ 290 Other Real Property | ○ 380 Other Personal Property Damage | ○ 560 Civil Detainee - Conditions of Confinement | |
| **Bankruptcy** | ○ 385 Property Damage Product Liability | | ○ 950 Constitutionality of State Statute |
| ○ 422 Appeal 28 USC 158 | | | |
| ○ 423 Withdrawal 28 USC 157 | **Immigration** | **Labor** | **Social Security** |
| **Property Rights** | ○ 462 Naturalization Application | ○ 710 Fair Labor Standards Act | ○ 861 HIA (1395ff) |
| ○ 820 Copyrights | ○ 465 Other Immigration Actions | ○ 720 Labor/Mgmt. Relations | ○ 862 Black Lung (923) |
| ○ 830 Patent | | ○ 740 Railway Labor Act | ○ 863 DIWC/DIWW (405(g)) |
| ○ 835 Patent - Abbreviated New Drug Application | **Forfeiture/Penalty** | ○ 751 Family and Medical Leave Act | ○ 864 SSID Title XVI |
| ○ 840 Trademark | ○ 625 Drug Related Seizure of Property 21 USC 881 | ○ 790 Other Labor Litigation | ○ 865 RSI (405(g)) |
| | ○ 690 Other | ○ 791 E.R.I.S.A. | **Federal Tax Suits** |
| | | | ○ 870 Taxes US Plaintiff or Defendant |
| | | | ○ 871 IRS Third Party 26 USC 7609 |

Is this a removal from state court?  No

**VI. Cause of Action** (CITE THE U. S. STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

| **VII. Requested in Complaint** | ○ Class Action Under FRCP 23<br>○ Not Class Action | **Demand** | **Jury Demand** (requested in Complaint)<br>○ Yes ● No |
|---|---|---|---|
| **VIII. This Case** | is related to case number | , assigned to Judge | |

DATE: _____   SIGNATURE OF ATTORNEY OF RECORD:

Generate JS-44   Reset Form